THIS PAPER FURNISHED BY POLK COUNTY
FROM: 1985 NE 51ST PL., Des Moines, IA 50313-2517

Cody Ray Leveke AKA Cody Ray Meyers #176402
Polk County Jail
1985 NE 51st Pl
Des Moines, IA 50313-2517

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Cody Ray Leveke AKA Cody Ray Meyers, Plantiff | CASE NO: _____ |
| vs. | Complaint pursuant to USC 42 § 1983 |
| John Sarcone, Jaki Livingston, Frank Severino (Current and Former Polk County Attorneys in their official and personal capacities), defendants | Civil action for deprivation of Rights |

Pursuant to United States Code Title 42 Section 1983, Plantiff hearby files this complaint commencing a civil action against identified defendants. The Defendants did knowingly and delibritly interfer with Plantiffs basic human right to access the Polk County District Court. Plantiff attempted to file a petition to be removed from the Iowa Sex Offender Registry

1

however defendants Saccone and Severino sucessfully blocked access in 2015 interpreting Iowa Code 692A in a way that would bar his action from being decided. Plantiff spent great sums of money filing suit and traveling to Iowa Again in 2017 Plantiff brought another suit and notified defendants Saccone and Livingston that how they were interpeting the law was illegal and violated the "privliges and immunites clause" of the Federal Constitution. Never the less defendants continued to oppose Plantiff's action Again great sums of money were spent assecting Plantiffs right to bring a suit in Polk County Defendants are not due immunity because they swoore an oath to uphold the "privleges and immunites clause", and everyone deserves access to the court house as a basic human right.

Wherefore Plantiff prays that this Court will assess damages against defendants so plantiff can recoup the great sums of money spent to exercise his basic human right, and Punetive damages to punish defendants, and discourge the use of their power to interfere with access to Courts in the future. Amounts are unknown at this time
I certify the preceeding in true and correct
Respectfully Submitted                   *signature*
        01-16-20                         CODY RAY LEVEKE
                                         AKA CODY RAY MEVERS

THIS PAPER FURNISHED BY POLK COUNTY
FROM: 1985 NE 51ST PL., Des Moines, IA 50313-2517

To: Clerk of Court

Enclosed Please find an original and two copies of my complaint pursuant to 42 USC § 1983 against the Polk County Attorneys office. Please file the original and assign it to a Judge for disposition, and return the two copies to me for distribution to the named defendants.

Thank You,
Cody Ray Lereke
AKA Cody Ray Meyers

RECEIVED
JAN 21 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Leucke, Cody   N213
**Polk County Jail**
**1985 NE 51st Place**
**Des Moines, IA 50313-2517**

Hasler

US POSTAGE $000.55

ZIP 50309
011E12651299

CLEARED BY U.S.M.S. 

Clerk of Court
123 E Walnut Street
Des Moines, IA  50309

50309$2040 C082